**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| Tex Pat, LLC, | § | |
| *Relator*, | § | |
| | § | |
| v. | § | Civil Action No. 5:10-cv-00116-TJW |
| | § | JURY TRIAL DEMANDED |
| Medline Holdings, Inc., et al., | § | |
| *Defendants*. | § | |
| | § | |

**ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN TEX PAT, LLC AND MEDLINE HOLDINGS, INC., MEDLINE INDUSTRIES, INC., AND MEDLINE MANUFACTURING AND SERVICES LLC**

In consideration of Relator's filing of a Notice of Voluntary Dismissal With Prejudice before an answer or motion for summary judgment has been filed by Medline Holdings, Inc., Medline Industries, Inc., or Medline Manufacturing and Services LLC**,** the Court hereby dismisses all claims against these defendants WITH PREJUDICE, with each party to bear their own costs, expenses, and attorney's fees.

SIGNED this 10th day of December, 2010.

T. John Ward

T. JOHN WARD
UNITED STATES DISTRICT JUDGE